# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| CEDRIC BROOKS and SAVANTE HUBBARD,<br><br>　　　　　Plaintiffs,<br>v.<br><br>REICH INSTALLATION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No: 1:21-cv-15007-RBK-SAK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Document Electronically Filed |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Cedric Brooks and Savante Hubbard and Defendant Reich Installation Services Inc. ("Reich"), through their counsel, hereby stipulate to the dismissal, with prejudice and without costs including attorneys' fees, of all claims which were asserted or which could have been asserted by Plaintiffs against Reich relating directly or indirectly to the subject matter of the Complaint, D.E. 1., and to the dismissal of the above-captioned case.  The parties consent to the entry of an Order consistent with the terms of this Stipulation.

　　　　NOW THEREFORE, it is agreed and ordered that the above-captioned case is hereby dismissed, with prejudice and without costs, including any claim to an award of attorneys' fees.

| | |
|---|---|
| By:　__/s/ Julie Levinson Werner____<br>Julie Levinson Werner<br>**LOWENSTEIN SANDLER LLP**<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2550<br>Email: jwerner@lowenstein.com<br>*Attorneys for Defendant*<br>*Reich Installation Services, Inc.* | By:　__/s/ Christine E. Burke_____<br>Christine E. Burke<br>**KARPF, KARPF & CERUTTI, P.C.**<br>3331 Street Road, Suite 128, Two Greenwood Square Bensalem, Pennsylvania 19020,<br>(215) 639-0801<br>Email: cburke@karpf-law.com<br>*Attorneys for Plaintiffs Cedric Brooks and*<br>*Savante Hubbard* |

**Error! Unknown document property name.**